JS - 6

E-FILED 07/17/2013

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edwin Figueroa ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> Marshalls of California LLC et al. ) <br> ) <br> ) <br> Defendants. ) <br> _____) | CASE NO. CV 13-3373 GHK (JCx) <br><br> **ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **eight weeks**, to reopen the action if settlement is not consummated.

Dated: 7/16/13

_____
GEORGE H. KING
Chief United States District Judge